**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| HANNIBAL MOTLEY, | : | |
| Plaintiff, | : | Case No. 3:06CV00389 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| DAYTON POLICE DEPARTMENT, *et al.*, | : | |
| | : | |
| Defendants. | | |
| | : | |

**ORDER**

This matter is before the Court upon Defendant's Motion to Compel Discovery (Doc. # 14). Specifically, Defendants seek an Order pursuant to Fed. R. Civ. P. 37 compelling Plaintiff to produce documents in response to Defendant's First Request for Production of Documents, executed releases for medical and employment and full and complete responses to Defendants First Set of Interrogatories. Although Defendants have received Plaintiff's responses to Defendants First Set of Interrogatories, Defendants contend that the responses are incomplete or fail to satisfy Plaintiff's burden under the Federal Rules of Civil Procedure. Plaintiff has not responded to Defendants motion.

For the reasons set forth in Defendants' Motion to Compel, Plaintiff is hereby ordered to produce the discovery sought by Defendants on or before **August 26, 2008**. Notice is hereby given that failure to produce the requested discovery may result in the

imposition of sanctions up to and including dismissal for failure to prosecute

**IT IS THEREFORE ORDERED THAT:**

Defendant's Motion to Compel (Doc. # 14) is GRANTED. Plaintiff is ORDERED to produce the requested discovery **on or before August 26, 2008**.

August 12, 2008

    s/Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge